**Opinion issued July 14, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00122-CV

———————————

**VICTORIA BATTLE, Appellant**

**V.**

**STEVEN BERT ALEXANDER, Appellee**

---

**On Appeal from the 247th District Court**
**Harris County, Texas**
**Trial Court Case No. 2013-73376**

---

## MEMORANDUM OPINION

Appellant, Victoria Battle, has neither established indigence for purposes of appellate costs or paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 20.1, 37.3(b). After being notified that this

appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 42.3(b), (c).

We dismiss the appeal for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Huddle, and Lloyd.